| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Morgenstern-Clarren, Pat E. | 2. Court or Organization U.S. Bankruptcy Ct., N.D., Oh. | 3. Date of Report 05/12/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |
| 7. Chambers or Office Address Howard Metzenbaum US Ct. House 201 Superior Avenue East Cleveland, Ohio 44114 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgenstern-Clarren, Pat E. | 05/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | University Hospitals Health Agent for University Primary Care Practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgenstern-Clarren, Pat E. | 05/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgenstern-Clarren, Pat E. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merrill Lynch (IRA): | | | | | | | | | |
| 2. -Putnam Premier 1 Tr. | A | Dividend | J | T | | | | | |
| 3. -Entergy Corp Common Stock | A | Dividend | J | T | | | | | |
| 4. -BA CA N.A. RASP | A | Interest | M | T | | | | | |
| 5. -FIA Card Services NA RASP | A | Interest | M | T | | | | | |
| 6. -Hewlett Packard Enterprise Co. (F/K/A Hewlett Packard Co. Common) | A | Dividend | K | T | | | | | |
| 7. -Texas Instruments, Inc. Common Stock | B | Dividend | L | T | | | | | |
| 8. -Apple Computer Inc. Common Stock | C | Dividend | M | T | | | | | |
| 9. -KLA Tencor Corp. PV | A | Dividend | K | T | | | | | |
| 10. -Colgate Palmolive Stock | B | Dividend | M | T | | | | | |
| 11. -Agilent Technologies Inc. | A | Dividend | J | T | | | | | |
| 12. -Intl Paper Co. | A | Dividend | J | T | | | | | |
| 13. -Maxim Integrated Prods. | A | Dividend | K | T | | | | | |
| 14. -Stratasys Ltd. | | None | J | T | | | | | |
| 15. -Keysight Technologies Inc. | | None | J | T | | | | | |
| 16. -HP Inc. | A | Dividend | K | T | | | | | |
| 17. Merrill Lynch Brokerage Account (H): | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -ML Bank Deposit Program | | None | J | T | | | | | |
| 19. -Entergy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 20. University Suburban Real Estate - Note Receivable | B | Interest | L | T | | | | | |
| 21. Huntington National Bank - Various Accounts | A | Interest | K | T | | | | | |
| 22. Huntington National Bank Money Market Account | B | Interest | N | T | | | | | |
| 23. Huntington National Bank Money Market Account | A | Interest | M | T | | | | | |
| 24. Vanguard (IRA) (H): | | | | | | | | | |
| 25. -Vanguard Balanced Index Fund Adm | E | Dividend | O | T | | | | | |
| 26. -Vanguard High Dividend Yld Idx Inv | E | Dividend | O | T | | | | | |
| 27. Fidelity (401K)(H): | | | | | | | | | |
| 28. -Vanguard Target Ret 2015 | E | Int./Div. | M | T | | | | | |
| 29. Lincoln National: Universal Life (no control) | B | Interest | L | T | | | | | |
| 30. Charles Schwab Institutional (IRA)(H): | | | | | | | | | |
| 31. -Schwab Adv Cash Reserve | | | J | T | | | | | |
| 32. -Avenue Credit Strategies Inst | A | Dividend | J | T | | | | | |
| 33. -Avenue Credit Strategies Inv | A | Dividend | J | T | Buy (add'l) | 02/13/15 | J | | |
| 34. -Cohen & Steers Preferred SEC and INCM A | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgenstern-Clarren, Pat E. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -T Rowe Price Floating Rate Adv | A | Dividend | J | T | Sold (part) | 02/17/15 | J | | |
| 36. | | | | | Sold | 04/06/15 | J | | |
| 37. -T Rowe Price Inst Floating Rate FD | A | Dividend | J | T | | | | | |
| 38. -Templeton Global Bond Fund Adv CL | A | Dividend | J | T | | | | | |
| 39. -Templeton Global Bond Fund CL A | A | Dividend | J | T | Buy (add'l) | 02/13/15 | J | | |
| 40. -Absolute Credit Oppty FD | A | Dividend | J | T | | | | | |
| 41. -ALPS Core CMDY MGMT Complete Cmdy Strat A | | None | | | Sold | 04/06/15 | J | | |
| 42. -Aston Lake Partners Lasso Alternative FD CL N | | None | J | T | | | | | |
| 43. -Aston Lake Partners Lasso Alternative FD CL I | A | Dividend | K | T | Buy (add'l) | 02/13/15 | J | | |
| 44. -Blackrock Global Allocation CL A | A | Dividend | J | T | | | | | |
| 45. -Blackrock Global Allocation Instl CL | A | Dividend | K | T | | | | | |
| 46. -Center Coast MLP Focus FD A | A | Dividend | J | T | | | | | |
| 47. -Mainstay Cushing MLP Premier FD CL A | A | Dividend | J | T | | | | | |
| 48. -DFA Emerging Mkts Core Eqty Port Instl | A | Dividend | K | T | Buy (add'l) | 04/07/15 | J | | |
| 49. -DFA Global Real Estate Securities Port | | | | | Sold | 02/13/15 | J | B | |
| 50. -DFA Intl Core Eqty Port Instl | A | Dividend | K | T | | | | | |
| 51. -Empiric 2500 Fund CL A | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgenstern-Clarren, Pat E. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  -Forward Global Infrastructure Instl CL | A | Dividend | J | T | | | | | |
| 53.  -FPA Crescent Fund Inst CL Shares | A | Dividend | K | T | | | | | |
| 54.  -Hatteras Alpha Hedged Strategies | A | Dividend | J | T | Sold<br>(part) | 04/06/15 | J | A | |
| 55.  -IVA Worldwide FD CL A | A | Dividend | J | T | | | | | |
| 56.  -IVA Worldwide FD CL I | A | Dividend | J | T | | | | | |
| 57.  -Ivy Asset Strategy Fund CL I | A | Dividend | K | T | | | | | |
| 58.  -JHancock US Eqty FD I | A | Dividend | K | T | | | | | |
| 59.  -Oppenheimer Steelpath MLP Alpha Y | A | Dividend | J | T | | | | | |
| 60.  -PIMCO All Asset All Authority CL D | A | Dividend | J | T | | | | | |
| 61.  -PIMCO All Asset All Authority CL Inst | B | Dividend | K | T | | | | | |
| 62.  -PIMCO Fundamental Index Plus AR FD CL D | A | Dividend | | | Sold | 04/06/15 | J | | |
| 63.  -RS Global Natural Resources FD CL Y | | None | J | T | | | | | |
| 64.  -Schwab Fundamental Emer Mkt Large Co Index | A | Dividend | J | T | Buy<br>(add'l) | 01/30/15 | J | | |
| 65.  -Schwab Fundamental Intl Large Co Index | A | Dividend | J | T | Sold<br>(part) | 02/17/15 | J | A | |
| 66.  -Wells Fargo Absolute Return Admin (F/K/A Wells Fargo Advtg Abslt) | A | Dividend | K | T | | | | | |
| 67.  -IQ US Real Estate ETF Small Cap | | None | | | Sold | 02/13/15 | J | A | |
| 68.  -IShares Gold ETF (F/K/A IShares Gold Trust) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,001 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -IShares Silver Trust ETF (F/K/A IShares Silver Trust Index Fund) | | None | J | T | | | | | |
| 70. -Plum Creek Timber Co REIT | A | Dividend | J | T | Buy (add'l) | 04/07/15 | J | | |
| 71. -Powershares Water Resc Portfolio ETF (F/K/A Powershs Exch Trad FD TR) | A | Dividend | J | T | | | | | |
| 72. -Wisdomtree Emerging Markets ETF (F/K/A Wisdometree TR EFT Emerging) | A | Dividend | J | T | | | | | |
| 73. -Cohen & Steers Preferred SEC and INCM I | A | Dividend | J | T | | | | | |
| 74. -Loomis Sayles Core Plus Bond Fund CL A | A | Dividend | J | T | Sold (part) | 01/30/15 | J | | |
| 75. | | | | | Sold (part) | 02/17/15 | J | | |
| 76. -Osterweis Strategic Income Fund | A | Dividend | J | T | | | | | |
| 77. -S1 FD CL I | | None | | | Sold | 02/13/15 | K | | |
| 78. -Alps Red Rocks Listed Private Eqty FD CL A | A | Dividend | J | T | Sold (part) | 02/17/15 | J | | |
| 79. -PIMCO Incm CL D | A | Dividend | J | T | | | | | |
| 80. -PIMCO Incm INST CL | A | Dividend | J | T | | | | | |
| 81. -Wisdomtree US QLT DIV GRW ETF IV (F/K/A Wisdomtree US Divid ETF US) | A | Dividend | K | T | | | | | |
| 82. -AQR Style Premia Alt FD CL I | A | Dividend | J | T | Buy | 02/13/15 | J | | |
| 83. -Loomis Sayles Core Plus Bond Fund Cl Y | A | Dividend | J | T | Buy | 01/30/15 | J | | |
| 84. -Schwab Intl Index Fund | A | Dividend | J | T | Buy | 01/30/15 | J | | |
| 85. | | | | | Buy (add'l) | 04/07/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgenstern-Clarren, Pat E. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -AQR Style Premia Alt FD CL N | A | Dividend | J | T | Buy | 01/30/15 | J | | |
| 87. -DFA Intl Real Estate Securities Port Instl | A | Dividend | J | T | Buy | 02/13/15 | J | | |
| 88. -Vanguard Glbal Ex US Real Estate ETF | A | Dividend | J | T | Buy | 02/13/15 | J | | |
| 89. -Forward Global Infrastructure A | A | Dividend | J | T | Buy | 04/07/15 | J | | |
| 90. Vanguard (H): | | | | | | | | | |
| 91. -Vanguard Balanced Index Fund Adm | C | Dividend | M | T | Buy (add'l) | 04/01/15 | K | | |
| 92. | | | | | Buy (add'l) | 05/06/15 | J | | |
| 93. -Vanguard High Dividend Yld Idx Inv | C | Dividend | M | T | Buy (add'l) | 04/01/15 | K | | |
| 94. | | | | | Buy (add'l) | 05/06/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgenstern-Clarren, Pat E. | 05/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: To Part VII, #6: the asset listed here as "Hewlett Packard Enterprise Co." is the same asset that was listed in the 2014 report as "Hewlett Packard Co. Common Stock", line #6. The stock separated on November 2, 2015 into Hewlett Packard Enterprise Co. and HP Inc. (listed on line 16).

Note 2: To Part VII, #16: the asset listed here was an acquisition as a result of a stock separation by means of a pro rata distribution equal to the shares of Hewlett Packard Common Stock, line #6. The stock separated on November 2, 2015.

Note 3: To Part VII, #55, the asset listed here was reported as fully disposed of in the prior year in error. Only part of the stock was sold during 2014.

Note 4: To Part VII, #66: the asset listed here as "Wells Fargo Absolute Return Admin" is the same asset that was listed in the 2014 report as "Wells Fargo Advtg Abslt Return Admin", line #86. The stock's name changed in 2015.

Note 5: To Part VII, #68: the asset listed here as "IShares Gold ETF" is the same asset that was listed in the 2014 report as "IShares Gold Trust", line #90. The stock's name changed in 2015.

Note 6: To Part VII, #69: the asset listed here as "IShares Silver Trust ETF" is the same asset that was listed in the 2014 report as "Ishares Silver Trust Index Fund", line #91. The stock's name changed in 2015.

Note 7: To Part VII, #71: the asset listed here as "Powershares Water Resc Portfolio ETF" is the same asset that was listed in the 2014 report as "Powershs Exch Trad FD TR Powershares Water Resource Portfolio", line #93. The stock's name changed in 2015.

Note 8: To Part VII, #72: the asset listed here as "Wisdomtree Emerging Markets ETF" is the same asset that was listed in the 2014 report as "Wisdometree TR EFT Emerging Mkts Consumer Growth Fd", line #97. The stock's name changed in 2015.

Note 9: To Part VII, #81: the asset listed here as "Wisdomtree US QLT DIV GRW ETF IV" is the same asset that was listed in the 2014 report as "Wisdomtree US Divid ETF US Divid Growth FD", line #109. The stock's name changed in 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Pat E. Morgenstern-Clarren**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544